IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JAMES LEROY BROWN : CIVIL ACTION
:
v. :
:
MICHAEL NUTTER, Mayor of :
Philadelphia, ET AL. : NO. 11-5943

O R D E R

AND NOW, this 4th day of October, 2011, plaintiff having failed to file a signed complaint to commence this civil action, as required by Rule 3 of the Federal Rules of Civil Procedure, and plaintiff having failed to either pay the filing fee to commence this case, or to file a motion to proceed in forma pauperis and a certified copy of his prisoner account statement for the six-month period prior to the filing of this case on September 20, 2011, as required by 28 U.S.C. § 1915(a), it is hereby **ORDERED** as follows:

(1) The Clerk of Court shall furnish plaintiff an appropriate complaint form and an application to proceed in forma pauperis, each form bearing the above-captioned civil action number, which plaintiff shall complete and return to the Clerk of Court within thirty (30) days. If plaintiff's motion to proceed in forma pauperis is granted, the filing fee will be withdrawn from his prisoner account in monthly installments; and

(2) This case shall be marked **CLOSED** statistically.

BY THE COURT:

/s/ Norma L. Shapiro
Norma L. Shapiro
United States District Judge