# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

James Leroy Brown )
Plaintiff )
)
v. )
) Civil Action No. 11-5943
Michael Nutter Mayor )
of Phila PA ET AL. )
Defendant )
)
)
)
)
)

**APPLICATION FOR PRISONERS TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS**
(Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested. I have no money

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated,* I am being held at: Curran Fromhold Correction Facility State Road Phila, PA. 19136

I am employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are:
I do not work at the facility

I have no money I do not work in the jail
My gross pay or wages are: $ _____, and my take-home pay or wages are: $ when I was arrested I had $65.00
per _____.
*(specify pay period)*

my people put the rest on my book
$ 77.68
142.00

3. **Other Income.** In the past 12 months, I have received income from the following sources (check all that apply):

   (a) Business, profession, or other self-employment     ☐ Yes ☐ No
   (b) Rent payments, interest, or dividends               ☐ Yes ☐ No
   (c) Pension, annuity, or life insurance payments        ☐ Yes ☐ No
   (d) Disability, or worker's compensation payments       ☐ Yes ☐ No
   (e) Gifts, or inheritances                              ☐ Yes ☐ No
   (f) Any other sources                                   ☐ Yes ☐ No

*If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.*

No money sir, or mrs.

4. Amount of money that I have in cash or in a checking or savings account: $ 2.50

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*:

   No

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses

   *(describe and provide the amount of the monthly expense):*
   No

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:
   No sir or mrs,

8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable):*

***Declaration:*** I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

10/8/2011
Date

James Leroy Brown
Applicant's signature

James Leroy Brown
Printed name

9. **Certification of Prisoner's Institutional Account Balance:** An authorized prison official must complete the certification below, and furnish a certified copy of your institutional account statement showing all deposits, withdrawals, and balances for the prior six-month period, to be filed with this application.

I certify that the prisoner named herein has the sum of $ 2.50 on account at CF Cr Correction Facility correctional institution, where he is presently confined.

I further certify that during the prior six-month period, the prisoner's average monthly account balance was $ 65.00 ; and that the average amount deposited monthly in the account during the prior six-month period was $ same .

Signature and Title of Authorized Prison Official          Date

| # | Date | Time | Type | Status | Description | Ref/Comment | Amount | Balance |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Ref No: FACILITY | | |
| 94 | 08/17/2011 | 04:59 | OPENING | POSTED | Property received - Admission | | 0.55 | 77.67 |
| | | | | | | Ref No: C00766723V | | |
| 95 | 08/17/2011 | 05:07 | OPENING | POSTED | Property received - Admission | | 65.10 | 142.77 |
| | | | | | | Comment: IC20889726A | | |
| | | | | | | Ref No: C00766725V | | |
| 96 | 09/01/2011 | 19:59 | PURCHASE | POSTED | Purchase K3935834 | | 30.46 | 112.31 |
| | | | | | | Ref No: K3935834 | | |
| 97 | 09/01/2011 | 19:59 | COMM_FEE | POSTED | Order fee K3935834 | | 1.00 | 111.31 |
| | | | | | | Ref No: K3935834 | | |
| 98 | 09/11/2011 | 17:40 | PURCHASE | POSTED | Purchase K3941299 | | 40.37 | 70.94 |
| | | | | | | Ref No: K3941299 | | |
| 99 | 09/11/2011 | 17:40 | COMM_FEE | POSTED | Order fee K3941299 | | 1.00 | 69.94 |
| | | | | | | Ref No: K3941299 | | |
| 100 | 09/18/2011 | 19:14 | PURCHASE | POSTED | Purchase K3946821 | | 18.84 | 51.10 |
| | | | | | | Ref No: K3946821 | | |
| 101 | 09/18/2011 | 19:14 | COMM_FEE | POSTED | Order fee K3946821 | | 1.00 | 50.10 |
| | | | | | | Ref No: K3946821 | | |
| 102 | 09/25/2011 | 18:17 | PURCHASE | POSTED | Purchase K3952476 | | 16.90 | 33.20 |
| | | | | | | Ref No: K3952476 | | |
| 103 | 09/25/2011 | 18:17 | COMM_FEE | POSTED | Order fee K3952476 | | 1.00 | 32.20 |
| | | | | | | Ref No: K3952476 | | |
| 104 | 10/03/2011 | 18:07 | PURCHASE | POSTED | Purchase K3959183 | | 28.70 | 3.50 |
| | | | | | | Ref No: K3959183 | | |
| 105 | 10/03/2011 | 18:07 | COMM_FEE | POSTED | Order fee K3959183 | | 1.00 | 2.50 |
| | | | | | | Ref No: K3959183 | | |
| | | | | | Total | | 1493.23 | 1495.73 |

Press <GoBack>: