united state Distric court
phila, PA. 19106-1797

2:11-cv-05943-NS      James Leroy Brown
                      579-855
                      Philadelphia, PA. 19132

~~write to let you know will~~ you please send my mail to 2932 NT 23 ST Phila, pa. 19132

Thank you

James Leroy Brown